# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Elmer Galeno Feliciano-Agustin | ) | Case No. 3:19-cr-172DCB |
| aka Robert Rodriguez | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 28 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

RECD USMS D43 20AUG'19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elmer Galeno Feliciano-Agustin aka Robert Rodriguez ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Fraud and Misuse of VISA/PERMITS
Misuse of Social Security Number

Date: 08/20/2019

City and state: Jackson, Mississippi

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

C. Louisville, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/20/2019, and the person was arrested on *(date)* 8/27/2019
at *(city and state)* Jackson, MS .

Date: 8/27/2019

*Arresting officer's signature* for HSI

A. Allen, Deputy US Marshal
*Printed name and title*